Note: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————————

**R+L CARRIERS, INC.,**
*Plaintiff-Appellant*

v.

**MICRODEA, INC., PEOPLENET COMMUNICATIONS CORPORATION, DRIVERTECH LLC, INTERMEC TECHNOLOGIES CORP.**
*Defendants-Appellees*

———————————————————

2016-2688

———————————————————

Appeal from the United States District Court for the Southern District of Ohio in Nos. 1:09-cv-00179-SSB and 1:09-md-02050-SSB-SKB, Senior Judge Sandra S. Beckwith.

-------------------------------------------------------------------------

**PEOPLENET COMMUNICATIONS CORPORATION,**
*Plaintiff-Appellee*

v.

**R+L CARRIERS, INC.,**
*Defendant-Appellant*

———————————————————

2016-2689

―――――――――――――――

Appeal from the United States District Court for the Southern District of Ohio in Nos. 1:09-cv-00472-SSB and 1:09-md-02050-SSB-SKB, Senior Judge Sandra S. Beckwith.

------------------------------------------------------------------------

**DRIVERTECH LLC,**
*Plaintiff-Appellee*

v.

**R+L CARRIERS, INC.,**
*Defendant-Appellant*

―――――――――――――――

2016-2690

―――――――――――――――

Appeal from the United States District Court for the Southern District of Ohio in Nos. 1:09-cv-00502-SSB and 1:09-md-02050-SSB-SKB, Senior Judge Sandra S. Beckwith.

------------------------------------------------------------------------

**R+L CARRIERS, INC.,**
*Plaintiff-Appellant*

v.

**INTERMEC TECHNOLOGIES CORP.**
*Defendant-Appellee*

―――――――――――――――

2016-2692

―――――――――――――――

Appeal from the United States District Court for the Southern District of Ohio in Nos. 1:09-cv-00532-SSB and 1:09-md-02050-SSB-SKB, Senior Judge Sandra S. Beckwith.

---

# O R D E R

The above-captioned appeals have been consolidated.

Accordingly,

IT IS ORDERED THAT:

The revised official caption is reflected above.

                    FOR THE COURT

                    /s/ Peter R. Marksteiner
                    Peter R. Marksteiner
                    Clerk of Court

s25